56

## ETHAN BALDWIN
### v.
## ALEXANDER EWING, JR.

1806

JOURNAL ENTRIES

1. Appearance . . . . . . . . . . . *Journal, infra,* \*p. 17
2. Declaration filed; rule to plead . . . . . . . . " 31
3. Rule for commission to take depositions. . . . . . " 36
4. Plea filed. . . . . . . . . . . . . . " 39
5. Jurors; verdict . . . . . . . . . . . " 58
6. Judgment . . . . . . . . . . . . " 62

PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . *Printed in Vol. 2*
2. Declaration . . . . . . . . . . . . . "
3. Plea . . . . . . . . . . . . . . . "
4. Subpoena for John Anderson and George McDougall . "
5. Copy of district court record . . . . . . . . "